UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL SHARKS, | ) |
| Petitioner, | ) |
| vs. | ) Case No. 4:11-CV-1471-JCH |
| DAVE DORMIRE, | ) |
| Respondent. | ) |

## ORDER

This matter is before the Court on petitioner's motions to proceed in forma pauperis. Upon consideration of the financial affidavit, the Court has determined that petitioner is unable to afford to pay the filing fee. Consequently, the Court will grant the motions. See 28 U.S.C. § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motions to proceed in forma pauperis [Doc #2 and #7] are **GRANTED**.

Dated this  21st  day of September, 2011.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE